**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| LINDA MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 23-4094-KHV |
| | ) | |
| SOCIAL WORK P.R.N., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The parties did not file a stipulation of dismissal by the deadline of February 26, 2024 set forth in the Order (Doc. #10) filed January 26, 2024, and neither party moved to reopen the case by that deadline for the purpose of obtaining a final determination. Accordingly, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Order (Doc. #10) constitutes entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court therefore overrules as moot the Joint Motion For Extension Of Time (Doc. #11) filed March 4, 2024.

**IT IS SO ORDERED**.

Dated this 5th day of March, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge